# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODERICK WHITE

NO. 2021 KW 1417

JANUARY 11, 2022

---

In Re:     Roderick White, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-16-0114.

---

BEFORE:     WHIPPLE, C.J., HOLDRIDGE AND PENZATO, JJ.

WRIT DENIED.

VGW
AHP

**Holdridge, J.,** dissents in part. For the reasons more fully expressed in my dissent in **State v. Armentor,** 2019-1267 (La. App. 1st Cir. 7/31/20), 309 So.3d 762, writ denied, 2020-01032 (La. 2/17/21), 310 So.3d 1149. I would grant the writ for the sole purpose of remanding it to the district court for a full evidentiary hearing on relator's claim that he was denied a fair trial because individuals who were born after June 2, 1993, were excluded from participating in the jury venire. See **State v. Cannon,** 2019-590 (La. 4/18/19), 267 So.3d 585, 585-86 (per curiam). In all other respects, I would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT